UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PATRICIA CONLEY,

                            Plaintiff,

     v.                                                  1:24-cv-01324 (AMN/DJS)

NEW YORK STATE OFFICE OF PARKS,
RECREATION & HISTORIC PRESERVATION,
MARK HOLMES, THOMAS SHARP,

                            Defendants.

---

**APPEARANCES:**                                        **OF COUNSEL:**

**HARDING MAZZOTTI, LLP**                      **FINN W. DUSENBERY, ESQ.**
1 Wall Street
Albany, New York 12205
*Attorneys for Plaintiff*

**NEW YORK STATE ATTORNEY GENERAL**     **JORGE A. RODRIGUEZ, ESQ.**
The Capitol
Albany, New York 12224
*Attorneys for Defendant*

**Hon. Anne M. Nardacci, United States District Judge:**

## ORDER

      WHEREAS, Plaintiff, Patricia Conley ("Plaintiff"), commenced this action against the New York State Office of Parks, Recreation & Historic Preservation ("Parks"), Mark Holmes, and Thomas Sharp (collectively, the "Defendants"), alleging claims of sexual harassment and discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII") and the New York State Human Rights Law ("NYSHRL"), New York Executive Law § 290, *et seq.*, Dkt. No. 1; and

WHEREAS, on February 25, 2025, Defendant Parks moved for an order dismissing Plaintiff's Second Cause of Action under the NYSHRL as against Parks, based on the Court's lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), Dkt. No. 24; and

WHEREAS, Plaintiff does not oppose the relief sought in Defendant Parks' motion to dismiss, Dkt. No. 27;

Accordingly, the Court hereby

**ORDERS** that Defendant Parks' unopposed partial motion to dismiss, Dkt. No. 24, is **GRANTED**; and the Court further

**ORDERS** that Plaintiff's Second Cause of Action under the NYSHRL as against Defendant Parks is **DISMISSED without prejudice** for lack of subject-matter jurisdiction; and the Court further

**ORDERS** that Defendant Parks shall file an answer within fourteen (14) days of the entry of this Order; and the Court further

**ORDERS** that all other claims and defendants are unaffected by the foregoing Order; and the Court further

**ORDERS** that the Clerk serve a copy of this Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: September 9, 2025
       Albany, New York

*Anne M. Nardacci*
Anne M. Nardacci
U.S. District Judge